## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

THEODORE ALCE, an individual

      Plaintiff,

v.                                          Case No: 2:21-cv-548-SPC-MRM

COCA COLA BEVERAGES
FLORIDA, LLC,

      Defendant.

_____/

## <u>OPINION AND ORDER</u>[1]

Before the Court is Defendant Coca-Cola Beverages Florida, LLC's Unopposed Motion to Stay Case and for Transfer of Plaintiffs' Claims to Arbitration. (Doc. 12). The parties agree that the claims here should be sent to individualized mediation and arbitration proceedings under Defendant's alternative dispute resolution program. The parties also agree to stay this case pending completion of mediation and arbitration. Having considered the motion and record, and acknowledging that no party opposes the relief sought, the Court grants Defendant's motion.

      Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

Defendant Coca-Cola Beverages Florida, LLC's Unopposed Motion to Stay Case and for Transfer of Plaintiffs' Claims to Arbitration (Doc. 12) is **GRANTED**.

1. The claims asserted by Plaintiff Theodore Alce must be individually mediated, and if mediation fails, they must be individually arbitrated under Defendant's alternative resolution program.

2. This case is **STAYED** pending completion of mediation and arbitration.

3. The parties are **DIRECTED** to jointly notify the Court when mediation and arbitration have ended and if the stay is due to be lifted within seven days of those proceedings ending.

4. The parties are **DIRECTED** to file a joint report on the status of mediation and arbitration on or before **December 15, 2021**, and every ninety days after until the Court says otherwise.

5. The Clerk is **DIRECTED** to add a stay flag to the file.

**DONE** and **ORDERED** in Fort Myers, Florida on September 16, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record